THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN EDWARD EASTMOND, Appellant, *v.* JOHN T. OAKLEY, as Commissioner of Water Supply, Gas and Electricity of the City of New York, et al., Respondents.

*People ex rel. Eastmond* v. *Oakley*, 93 App. Div. 535, appeal dismissed. (Argued June 3, 1904; decided June 7, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1904, which reversed an order of Special Term granting an alternative writ of mandamus directing the reinstatement of the relator in the position of water register of the borough of Brooklyn.

*Arnon L. Squiers* and *Henry A. L. Sand* for appellant.

· *John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.